IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

SHAWNETTA T. GRAHAM,            )
                                )
               Plaintiff,       )
                                )
          v.                    )    No. 10 C 7191
                                )
STATE OF ILLINOIS DEPARTMENT    )
OF JUVENILE JUSTICE, et al.,    )
                                )
               Defendants.      )

                       MEMORANDUM ORDER

     This Court's February 25, 2011 memorandum order ("Order")
granted pro se plaintiff Shawnetta Graham ("Graham") leave to
file a Second Amended Complaint ("SAC").  At the same time,
because of Graham's distressing penchant for submitting overly
turgid filings, and in the hope that she might qualify for the
appointment of pro bono counsel who would comply with rather than
flouting the Fed. R. Civ. P. ("Rule") 8(a)(2) directive for "a
short and plain statement of the claim," the Order also caused
copies of the forms of In Forma Pauperis Application
("Application") and Motion for Appointment of Counsel ("Motion")
to be sent to Graham for her completion and transmittal to the
Clerk's Office.

     Unfortunately Graham's completion of the Application and
Motion have confirmed that she does not qualify for the
appointment of pro bono counsel, so she must continue to go it
alone.  And more unfortunately, her just-filed SAC has continued
her prior pattern:  It occupies 15 closely-printed pages in a

typeface considerably smaller than the rules allow, accompanied by an Appendix comprising more than 20 additional pages.

Enough is too much. This Court finds Graham's current filing unacceptable (it is not as though she is unlettered, for SAC ¶12 identifies her as a 16-year employee as a Library Associate at the Illinois Youth Center Warrenville for the Illinois Department of Juvenile Justice). Unless she tenders a reasonably acceptable filing on or before April 21, 2011, this Court will be constrained to dismiss this action for her repeated noncompliance with the court rules that even a pro se plaintiff with a moderate level of education should be able to follow.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 5, 2011