```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF ILLINOIS
                          EASTERN DIVISION
```

SHAWNETTA T. GRAHAM,              )
                                  )
               Plaintiff,         )
                                  )
          v.                      )     No. 10 C 7191
                                  )
STATE OF ILLINOIS DEPARTMENT      )
OF JUVENILE JUSTICE, et al.,      )
                                  )
               Defendants.        )

## MEMORANDUM ORDER

This Court has had more than one occasion to express its regret that pro se plaintiff Shawnetta Graham ("Graham") does not qualify for the appointment of a member of the District Court trial bar to represent her pro bono publico (see, for example, its April 5, 2011 memorandum order). Without that help, Graham's earlier efforts to frame an acceptable complaint have been unsuccessful, in substantial part (though not entirely) because she persists in tendering prolix narratives instead of the "short and plain statement" called for by Fed. R. Civ. P. ("Rule") 8(a).

But most recently Graham has filed a Third Amended Complaint that cuts down on both volume and the number of targeted defendants--in the latter respect, she now sues only the State of Illinois Department of Juvenile Justice ("Department"). It is clearly time to move forward, for it is highly doubtful that any further efforts on her part will improve the situation. Accordingly, while expressing no views as to the viability of this most recent pleading, this Court orders Department (which

has earlier waived service) to file its responsive pleading on or before July 5, 2011.

That said, however, this Court is constrained to address an even more recent filing by Graham--her "Notice of Medical News" and "Notice of Legal News" tendered on May 24. Graham must understand that the court docket is not some sort of blog on which she can report developments that she deems relevant as the spirit moves her. Rule 7(a) identifies the only allowable pleadings in a case, and Graham's "News" reports are not among them.

This Court therefore strikes that most recent submission sua sponte. Because this action had earlier been set for a status hearing on June 9 and Department's responsive pleading is not due before that date, the status hearing is reset to 9 a.m. July 15, 2011.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 26, 2011

2