```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

SHAWNETTA T. GRAHAM,                )
                                    )
            Plaintiff,              )
                                    )
      v.                            )    No. 10 C 7191
                                    )
STATE OF ILLINOIS DEPARTMENT        )
OF JUVENILE JUSTICE, et al.,        )
                                    )
            Defendants.             )

## MEMORANDUM

After filing a Notice of Appeal from this Court's dismissal of this action, pro se plaintiff Shawnetta Graham ("Graham") has filed a document that she captions "Notice to Amend the Notice of Appeal," and the Clerk's Office has transmitted a copy of that filing to this Court. Conventional principles of federal jurisdiction deprive this Court of jurisdiction to act on such a motion once an appeal has been noticed, but brief research has led this Court to the following passage in 20 Moore's Federal Practice §303.21[3][d](3d ed. 2011):

> In most cases, however, a mistake in designating the court is easily remedied. If an appeal is improperly noticed to a court that lacks jurisdiction, that court may nevertheless transfer the appeal to the proper court, as long as the notice would have been timely if filed in the proper court.

That passage cites 28 U.S.C. §1631 in addition to two cases from Courts of Appeals other than our own.

Accordingly a copy of this memorandum is being transmitted to our Court of Appeals for its consideration of Graham's motion

to transfer her appeal to the United States Supreme Court.

```
                          _____
                          Milton I. Shadur
                          Senior United States District Judge
```

Date: October 4, 2011